**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jaron D. Perkins, | No. CV-20-00147-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Westerra Credit Union, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 27).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions and stipulations, including the motion for summary judgment at Doc. 24, are denied as moot.

Dated this 5th day of August, 2020.

_____
Dominic W. Lanza
United States District Judge